IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| JEFFREY C. HARMON, ET AL., | § |
| | § |
| Plaintiffs. | § |
| V. | § |
| | §  Civil Action No. G-94-165 |
| | § |
| GATEWAY FOUNDATION AND | § |
| SANDY BUELL, | § |
| | § |
| Defendants. | § |

## FINAL JUDGMENT

For the reasons stated in this Court's Order of Dismissal, this civil action is **DISMISSED** without prejudice.

This is a **FINAL JUDGMENT**.

The Clerk will provide copies to the parties.

**DONE** at Galveston, Texas, this the 21st day of November, 1995.

_____
SAMUEL B. KENT
UNITED STATES DISTRICT JUDGE

*United States District Court*
*Southern District of Texas*
*ENTERED*
*NOV 22 1995*
*Michael N. Milby, Clerk of Court*